UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KARLO PERHAT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 4:20-CV-01273 - SRC ) ) |
| SAFECO INSURANCE COMPANY OF ILLINOIS, | ) ) ) |
| Defendant. | ) |

## STIPULATION FOR DISMISSAL

All matters and things in controversy between these parties having been finally and fully settled and disposed of, it is stipulated and agreed that this cause may be and is hereby dismissed with prejudice to plaintiff's cause of action. Each party shall bear its own costs.

_____
Karlo Perhat, Plaintiff

*Respectfully Submitted,*

_____
Steven R. Slough, #63249MO
The Law Office of Steve Slough
Attorney for Plaintiff
1424 Washington Ave., Suite 300
St. Louis, MO 63103
Office: 314-884-8504
steve@sloughlawoffice.com

**LAW OFFICES OF ROUSE AND CARY**

BY:___/s/ Kevin Myers_____
KEVIN E. MYERS, #51838MO
Attorneys for Defendant
PO Box 7217
London, KY 40742
314-288-2645 (phone)
Kevin.Myers@libertymutual.com